# UNITED STATES DISTRICT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 07CR1142-LAB |
| )                                    | |
| Plaintiff,       ) | |
| v.                                   ) | **O R D E R** |
| )                                    | |
| MARIO DAVID GONZALEZ-MUNOZ,    ) | |
| )                                    | |
| Defendant.       ) | |
| _____) | |

Upon motion of the plaintiff, UNITED STATES OF AMERICA, and good cause appearing, IT IS HEREBY ORDERED that **Count Two** in the Indictment charging Possession of Marijuana With Intent To Distribute (Felony), in violation of Title 21, U.S.C., Section 841(a)(1), filed May 2, 2007, be **dismissed, without prejudice,** as to defendant Mario David Gonzalez-Munoz.

DATED: August 15, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge